### 18949. SANDERS v. CALLOWAY.

MOBLEY, Justice. The overruling of a demurrer, interposed by a defendant to a petition seeking to recover damages for a breach of warranty of title contained in a deed conveying land, does not present a case respecting title to land, so as to vest jurisdiction in the Supreme Court of a bill of exceptions assigning error on such ruling; nor does the case otherwise come within the jurisdiction of this court, and, accordingly, it must be transferred to the Court of Appeals. Code (Ann.) §§ 2-3704, 2-3708; *Colley* v. *Atlanta & West Point R. Co.,* 156 *Ga.* 43 (118 S. E. 712); *Stewart* v. *Board of Commissioners of Echols County,* 192 *Ga.* 139 (1) (14 S. E. 2d 728); *Lewis* v. *Fry,* 193 *Ga.* 842 (22 S. E. 2d 817); *Halliburton* v. *Collier,* 201 *Ga.* 340 (39 S. E. 2d 698); *Johnson* v. *Woodward Lumber Co.,* 202 *Ga.* 288 (42 S. E. 2d 639); *Edenfield* v. *Lanier,* 203 *Ga.* 348 (46 S. E. 2d 582); *Ledford* v. *Hill,* 206 *Ga.* 304 (57 S. E. 2d 77); *Jarrard* v. *Wildes,* 209 *Ga.* 282 (71 S. E. 2d 549); *Complete Auto Transit* v. *Thompson,* 210 *Ga.* 182 (78 S. E. 2d 520); *Housing Authority of City of Calhoun* v. *Spink,* 210 *Ga.* 718 (82 S. E. 2d 502).

*Transferred to the Court of Appeals. All the Justices concur, except Wyatt, P. J., absent on account of illness.*

SUBMITTED MAY 10, 1955—DECIDED MAY 10, 1955.

*Moreton Rolleston, Jr.,* for plaintiff in error.
*Augustine Sams, Sams, Wotton & Sams,* contra.